UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

BCS SOFTWARE, LLC,

    Plaintiff

v.

CODELATHE TECHNOLOGIES, INC.

    Defendant

Case No. 6:21-cv-0027-ADA

**PLAINTIFF'S ANSWER TO COUNTERCLAIMS**

By and through its undesigned counsel, Plaintiff BCS Software, LLC ("BCS") hereby respectfully answers Defendant Codelathe Technologies, Inc.'s Counterclaims as follows:

**COUNTERCLAIM 1:**

**SECTION 101 INVALIDITY**

1. Denied.

2. Denied.

3. Denied.

**COUNTERCLAIM 2:**

**SECTIONS 102 AND 103 INVALIDITY: LOTUS NOTES**

4. Denied.

5. Denied.

1

6. Admits that the web pages cited by Defendant make reference to Will Crowther, Colossal Cave Adventure, a DEC PDP-10 computer, Roy Trubshaw and MUD (Multi-User Dungeon) but denies the remaining allegations set forth therein.

7. Plaintiff is without sufficient information to either admit or deny the allegations in this paragraph, and, therefore, denies the allegations set forth therein.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

## COUNTERCLAIM 3:

### SECTIONS 102 AND 103 INVALIDITY: MICROSOFT SHAREPOINT 2001

12. Admits that the web pages cited by Defendant reference Microsoft SharePoint 2001.  Denies the remaining allegations in this paragraph.

13. Admits that Exhibit A is a copy of a document which references Windows SharePoint Services (WSPS).  Denies the remaining allegations in this paragraph.

Dated:  March 11, 2021 Respectfully submitted,

/s/ Thomas Fasone III
M. Scott Fuller
Texas Bar No. 24036607
sfuller@ghiplaw.com
Thomas G. Fasone III
Texas Bar No. 00785382
tfasone@ghiplaw.com
GARTEISER HONEA, PLLC
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (903) 405-3999

Raymond W. Mort, III
Texas State Bar No. 0791308
raymort@austinlaw.com
THE MORT LAW FIRM, PLLC
100 Congress Ave, Suite 2000
Austin, Texas 78701
Tel/Fax: (512) 865-7950

**ATTORNEYS FOR
PLAINTIFF BCS SOFTWARE, LLC**