UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| BCS SOFTWARE, LLC,<br><br>    Plaintiff<br>v.<br><br>CODELATHE TECHNOLOGIES, INC.<br><br>    Defendant | Case No. 6:21-cv-0027-ADA<br><br>**LAMKIN DECL ISO** |

**DECLARATION OF RACHAEL D. LAMKIN IN SUPPORT OF CODELATHE'S RESPONSE**

I, Rachael D. Lamkin, declare as follows:

1. I am lead counsel of record for Defendant CodeLathe Technologies.

2. I was admitted to this matter *pro hac vice* on February 5, 2021.

3. I am an attorney licensed to practice law in all state and federal courts in California, the Eastern District of Texas, Colorado District Court, the Court of International Trade, the International Trade Commission, and the Federal Circuit Court of Appeals.

4. I have personal knowledge of all facts attested to herein.

5. Attached as Exhibit A is a true and correct copy of an email discussion between myself and Mr. Garteiser.

6. Attached as Exhibit B is a true and correct copy of a document filed with the Texas Department of Corporations. Mr. Ray Mort signed the document as the General Counsel of BCS

1

Software.

Signed on this day, July 9, 2021, under penalty of perjury in Sausalito, California.

*Rachael D. Lamkin*
Rachael D. Lamkin